United States District Court

Eastern District of California

Kenneth G. Johnson,

      Plaintiff,                    No. Civ. S 01-1033 FCD PAN P

  vs.                             Findings and Recommendations

Cal A. Terhune, et al.,

      Defendants.

-oOo-

December 23, 2002, the court approved service of process upon all defendants except Ross and Zepeda. These defendants have not been served and the court hereby recommends claims against them be dismissed without prejudice. Fed. R. Civ. P. 4(m).

Pursuant to the provisions of 28 U.S.C. § 636(b)(1), these findings and recommendations are submitted to the United States District Judge assigned to this case. Written objections may be filed within 20 days of service of these findings and

recommendations.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  The district judge may accept, reject, or modify these findings and recommendations in whole or in part.

Dated:  May 31, 2005.

/s/ Peter A. Nowinski
PETER A. NOWINSKI
Magistrate Judge