United States District Court

Eastern District of California

Kenneth G. Johnson,

        Plaintiff,                     No. Civ. S 01-1033 FCD PAN P

   vs.                                 Order

Cal A. Terhune, et al.,

        Defendants.

-oOo-

    Plaintiff is a state prisoner without counsel prosecuting a civil rights action.

    March 4, 2005, CDC defendants submitted personnel documents for in camera review. Having reviewed the documents in light of the pleading, the court finds they are not reasonably likely to lead to the discovery of admissible evidence.

    Good cause appearing, the court hereby orders that:

    1. CDC defendants are not required to produce personnel documents to plaintiff.

2. Plaintiff's April 1 and May 9, 2005, requests for sanctions for CDC defendants' failure to submit documents for in camera review are denied.

3. Plaintiff's March 10 and 30, 2005, requests for sanctions are denied because defendants' April 12, 2005, opposition shows plaintiff has received the $221.37 ordered and delay in that regard was inadvertent.

4. Plaintiff's April 1, 2005, request for an extension to oppose summary judgment is granted and plaintiff's May 13, 2005, opposition is deemed timely.

5. To challenge the sufficiency of defendants' supplemental responses to requests for production of documents (see April 1, 2005, request for sanctions), plaintiff may file and serve a motion within ten days. The deadline for completing discovery is extended for that sole purpose. If plaintiff serves and files such a motion he may seek leave to supplement his opposition to summary judgment to include materials yet to be produced.

6. CDC defendants shall not file or serve a reply to the opposition to summary judgment until so directed by the court.

Dated:  June 7, 2005.

    /s/ Peter A. Nowinski
PETER A. NOWINSKI
Magistrate Judge