United States District Court

Eastern District of California

Kenneth G. Johnson,

       Plaintiff,                    No. Civ. S 01-1033 FCD PAN P

  vs.                                Order

Cal A. Terhune, et al.,

       Defendants.

-oOo-

This order clarifies paragraph 5 of the court's June 8, 2005, order in light of plaintiff's June 24, 2005, reply thereto.

April 1, 2005, plaintiff moved for sanctions based on the purported insufficiency of defendants' supplemental responses to requests for production of documents, but he did not move for an <u>order compelling discovery</u>. To request an order compelling discovery, plaintiff may, within ten days, file a motion which may incorporate by reference his April 1, 2005, filing. Defendants may oppose within ten days thereafter. The deadline

for completing discovery is extended for that sole purpose.  Once the issue is resolved the court will permit further briefing on summary judgment as may be appropriate.

So ordered.

Dated:  August 30, 2005.

>  /s/ Peter A. Nowinski
> PETER A. NOWINSKI
> Magistrate Judge