United States District Court

Eastern District of California

Kenneth G. Johnson,

       Plaintiff,                    No. Civ. S 01-1033 FCD PAN P

  vs.                              Order

Cal A. Terhune, et al.,

       Defendants.

-oOo-

Good cause appearing, the clerk of the court shall return documents submitted for in camera review March 4, 2005.

So ordered.

Dated: August 30, 2005.

                                          /s/ Peter A. Nowinski
                                          PETER A. NOWINSKI
                                          Magistrate Judge