IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH G. JOHNSON,

    Plaintiff,                    No. CIV S-01-1033 FCD PAN P

    vs.

CAL A. TERHUNE, et al.,

    Defendants.               ORDER

_____/

        Plaintiff is a state prisoner without counsel prosecuting a civil rights action. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On August 31, 2005, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within ten days. Plaintiff has filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 31, 2005, are adopted in full;

2. Defendants' September 20, 2004, motion for summary judgment is granted as to defendant Massetti and denied as to other moving parties; and

3. Plaintiff's November 15, 2004, cross-motion for summary judgment as to defendants Correctional Managed Care Medical Corporation, Nurse Massetti and Nurse Chapman is denied.

DATED:September 22, 2005

/s/ Frank C. Damrell Jr.
FRANK C. DAMRELL JR.
United States District Judge