United States District Court

Eastern District of California

Kenneth G. Johnson,

      Plaintiff,                    No. Civ. S 01-1033 FCD PAN P

  vs.                              Order

Cal A. Terhune, et al.,

      Defendants.

-oOo-

    October 4, 2005, defendants requested an extension of time to oppose plaintiff's motion to compel.  Good cause appearing, defendants' request is granted and time is extended until 10 days from service of this order.

    So ordered.

    Dated:  October 4, 2005.

                                      /s/ Peter A. Nowinski  
                                      PETER A. NOWINSKI  
                                      Magistrate Judge