IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH G. JOHNSON,

    Plaintiff,                      No. CIV S-01-1033 FCD PAN P

    vs.

CAL A. TERHUNE, et al.,

    Defendants.           <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On April 15, 2005, defendants filed a statement of fact of death of defendant Dr. Geraghty, to which was appended a copy of Dr. Geraghty's death certificate, and an acknowledgment of receipt of the statement of fact of death by Connie Geraghty dated April 12, 2005. On June 7, 2005, plaintiff filed a timely motion to substitute Connie Geraghty in as a defendant in place of deceased defendant Geraghty. Fed. R. Civ. P. 25(a)(1). Defendants have not filed an opposition. Good cause appearing, plaintiff's June 7, 2005 motion will be granted. The Clerk of the Court will be directed to substitute the name of Connie Geraghty in for Dr. Geraghty as a defendant herein.

/////

/////

1

1 In light of the above, IT IS HEREBY ORDERED that plaintiff's June 7, 2005
2 motion for substitution of parties is granted.  The Clerk of the Court is directed to substitute the
3 name of Connie Geraghty for Dr. Geraghty as a defendant herein.
4 DATED: March 2, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

/001; john1033.sub