1

2

3

4

5

6

7               IN THE UNITED STATES DISTRICT COURT

8            FOR THE EASTERN DISTRICT OF CALIFORNIA

9    KENNETH G. JOHNSON,

10          Plaintiff,                    No. CIV S-01-1033 FCD PAN P

11      vs.

12   CAL A. TERHUNE, et al.,

13          Defendants.               ORDER

14   _____/

15          Plaintiff has requested an extension of time to file objections to the court's

16   findings and recommendations issued March 8, 2006.  Good cause appearing, IT IS HEREBY

17   ORDERED that:

18          1.  Plaintiff's March 17, 2006 request for an extension of time is granted; and

19          2.  Plaintiff is granted until April 7, 2006 in which to file and serve objections.

20   DATED:  March 21, 2006.

21

22                              _____

23                              UNITED STATES MAGISTRATE JUDGE

24   /001; john1033.36

25

26