IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KENNETH JOHNSON,**<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>**CAL TERHUNE, et al.,**<br><br>　　　　　　　　　　　　Defendants. | CIV 2:01-cv-1033 FCD PAN P<br><br>**ORDER** |

On March 30, 2006, defendants requested an extension of time to file objections to the pending findings and recommendations. Good cause appearing, defendants' request is granted, and the objections filed this date are allowed.

Dated: April 6, 2006.

*/s/ John F. Moulds*
UNITED STATES MAGISTRATE JUDGE

/john1033.eot

[Proposed] Order

1