IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH G. JOHNSON,

    Plaintiff,                        No. CIV S-01-1033 FCD PAN P

    vs.

CAL A. TERHUNE, et al.,

    Defendants.                   <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On March 8, 2006, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  Plaintiff and defendants have filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de</u> <u>novo</u> review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed March 8, 2006, are adopted in full;

2. Plaintiff's November 15, 2004 motion for partial summary judgment is denied;

3. Defendants' March 22, 2005 motion to dismiss plaintiff's claims against defendant Terhune as unexhausted is denied;

4. Defendants' March 22, 2005 cross-motion for summary judgment on the Eighth Amendment excessive force claims is granted as to defendants Arnold, Norris, Fisher, Mann,[1] Torres and Cueva;

5. Defendants' March 22, 2005 cross-motion for summary judgment on the Eighth Amendment excessive force claims is denied as to defendants Gomez, Alegria, Hronek, Miller, Santana and Allen;

6. Defendants' March 22, 2005 cross-motion for summary judgment on the Eighth Amendment medical claims is denied as to defendants Geraghty and Altcheck; and

7. Defendants' motion that the court decline to exercise jurisdiction over plaintiff's supplemental state law claims is denied.

DATED: April 11, 2006

/s/ Frank C. Damrell Jr.
FRANK C. DAMRELL JR.
United States District Judge

---

[1] The magistrate judge recommended dismissal of plaintiff's excessive force claims against defendants Fisher and Mann, along with defendants Arnold, Norris, Torres and Cueva, on page 19, lines 18-20, of the F&R. In summarizing the findings of the order on page 27, however, the magistrate judge appears to have inadvertently left out Fisher and Mann in describing the partial grant of defendants' motion as to plaintiff's claims of excessive force. As such, the court describes herein all those defendants discussed at page 19 of the F&R.