IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH G. JOHNSON,

    Plaintiff,                   No. CIV S-01-1033 FCD EFB P

    vs.

CAL A. TERHUNE, et al.,

    Defendants.              ORDER

_____/

    Plaintiff is a state prisoner proceeding pro se and *in forma pauperis* with a civil rights action pursuant to 42 U.S.C. § 1983. On September 22, 2006, plaintiff filed a request for an extension of time in which to file an opposition to defendant's renewed motion to dismiss. On October 20, plaintiff filed his opposition. Good cause appearing, plaintiff's request for an extension of time will be granted and the opposition to defendant's motion will be deemed timely filed.

    Accordingly, IT IS HEREBY ORDERED that:

    1. Plaintiff's September 22, 2006, request for an extension of time is granted.

    2. Plaintiff's October 20, 2006, opposition to defendant's renewed motion to dismiss is deemed timely filed.

3. Defendant's reply, if any, shall be filed within twenty days of the date of this order.

Dated: November 8, 2006.

/s/ Edmund F. Brennan
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE