IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH G. JOHNSON,

      Plaintiff,                          No. CIV S-01-1033 FCD EFB P

     vs.

CAL A. TERHUNE, et al.,

      Defendants.                 <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se and *in forma pauperis* with a civil rights action pursuant to 42 U.S.C. § 1983. On October 10, 2006, defendants Allen, Mann, Gomez, Alegria, Terhune, Fisher, Hronek, Miller, Santana, Geraghty, and Altchek filed a request to vacate the date for filing a pretrial statement on the grounds that plaintiff has sought modification of the scheduling order due to medical problems. They also note that there is currently pending a motion to dismiss, which, if granted, will relieve defendants of their obligation to file a pretrial statement. On October 11, 2006, defendants Chapman and Correctional Managed Care Corporation filed a request to vacate the date for filing a pretrial statement, also on the grounds that plaintiff has filed a motion to modify the schedule due to medical problems, and on the motions pending which, if granted, would moot their filing of a pretrial statement. In light of the court order filed November 2, 2006, these requests will be

denied as unnecessary.

Accordingly, IT IS HEREBY ORDERED that defendants' motions filed October 10, 2006, and October 11, 2006, to vacate the date by which to file pretrial statements, are denied.

DATED:  November 15, 2006.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE