IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH G. JOHNSON,

    Plaintiff,                       No. CIV S-01-1033 FCD EFB P

    vs.

CAL A. TERHUNE, et al.,

    Defendants.          <u>ORDER</u>

_____/

    The above-captioned civil rights case was dismissed pursuant to stipulation of the parties on April 16, 2007. *See* Fed. R. Civ. P. 41. Plaintiff has requested the return of a videotape submitted on November 29, 2004, in support of his motion for summary judgment. As no appeal may be taken from the parties' stipulated dismissal, there appears to be no reason for the Clerk to maintain custody of the videotape. Accordingly, the Clerk is directed to return the videotape to plaintiff by certified mail.

    SO ORDERED.

Dated: August 20, 2007

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE